IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:97-CR-64-BO
No. 7:17-CV-18-BO

ABDULLAH R. SHAKOOR,                )
                      Petitioner,   )
                                    )
        v.                          )          O R D E R
                                    )
UNITED STATES OF AMERICA,           )
                      Respondent.   )
_____)

This matter is before the Court *sua sponte*. Petitioner has raised an argument in his motion

to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 that is currently before the court

of appeals. *See United States v. Brown*, No. 16-7056. Accordingly, the Court in its discretion

STAYS this action pending issuance of the mandate in *Brown*. Upon issuance of the mandate in

*Brown*, respondent may file an answer, response, or other appropriate motion regarding petitioner's

§ 2255 motion within twenty-one days. Petitioner may respond to respondent's filing within twenty-

one days.

SO ORDERED, this  *12*  day of October, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE