IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:97-CR-00064-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ABDULLAH RASOOL SHAKOOR,

    Defendant.

ORDER

This matter comes before the court on the Defendant's pro se "motion for immediate release" [DE 250]. Defendant asserts that the facility in which he was incarcerated had no release date documented nor re-entry program scheduled for him. *Id.*

On April 28, 2025, the Honorable Terrence W. Boyle granted the United States' motion for revocation of Defendant's supervised release and sentenced Defendant to six months' incarceration. DE 247. Defendant filed the present motion on July 22, 2025. The case was reassigned to the undersigned on August 26, 2025. DE 251.

It appears that Defendant was no longer in the custody of the Bureau of Prisons as of September 23, 2025. *See* https://www.bop.gov/inmateloc/, last visited April 15, 2026. Because the relief requested no longer can be granted by this court, Defendant's motion is DENIED AS MOOT.

SO ORDERED this __16th__ day of April, 2026.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE